IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JONATHAN CASTANEDO | § | |
| VS. | § | CIVIL ACTION NO.  9:25-CV-155 |
| DENNIS A. MARTIN, ET AL. | § | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Jonathan Castanedo, a prisoner confined at the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Dennis A. Martin and T. Canada.  The defendants are employed at the Telford Unit.

Discussion

When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391(b) provides that venue is proper in the judicial district where the defendants reside or in which the claim arose.  Under 28 U.S.C. § 1404, the district court may transfer a civil action to any other district where it could have been brought for the convenience of parties and witnesses and in the interest of justice.

Plaintiff complains of incidents that took place at the Telford Unit.  The Telford Unit is located in Bowie County, which is in the Texarkana Division of the United States District Court for the Eastern District of Texas.  Venue is proper in the Eastern District of Texas, but the court has considered the circumstances and has determined that the interests of justice would be served by transferring this action to the division in which the claims arose.  Therefore, the case should be transferred to the Texarkana Division.  It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Texarkana Division of the United States District Court for the Eastern District of Texas.

**SIGNED this the 27th day of May, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE